**Douglas E. McPHAIL, Plaintiff–Appellant,**

v.

**WELLS FARGO DEALER SERVICES, INC., Defendant–Appellee.**

No. 14–1057.

United States Court of Appeals, Fourth Circuit.

Submitted: May 28, 2014.

Decided: June 13, 2014.

Douglas E. McPhail, Appellant Pro Se. Scott Elliot Bayzle, Parker, Poe, Adams & Bernstein, LLP, Raleigh, North Carolina, for Appellee.

Before MOTZ, DUNCAN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Douglas E. McPhail appeals the district court's order accepting the recommendation of the magistrate judge and dismissing the federal claims in his civil action for failure to state a claim, declining to exercise jurisdiction over the remaining state claims and remanding them to state court. We have reviewed the record and find no reversible error. Accordingly, we affirm

for the reasons stated by the district court. *McPhail v. Wells Fargo Dealer Servs., Inc.*, No. 5:13–cv–00645–BO (E.D.N.C. Dec. 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*